UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN BRADLEY FOUTS,<br><br>    Plaintiff,<br><br> v.<br><br>MASON COUNTY, et al.<br><br>    Defendants. | CASE NO. 3:23-cv-5630<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On August 21, 2023, the Honorable David W. Christel, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Plaintiff's case without prejudice. Dkt. No. 4. No one has objected to the R&R and the time for objecting has passed.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

1. The Court adopts the R&R.
2. This case is dismissed without prejudice for Plaintiff's failure to prosecute.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3.  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 19th day of October, 2023.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2